```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No.2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 South Las Vegas Blvd.
Lloyd George Federal Building, Suite 5000
Las Vegas, NV 89101
702-388-6336/702-388-6787
carlos.gonzalez2@usdoj.gov
TONY WEST
Assistant Attorney General, Civil Division
ELIZABETH STEVENS
Assistant Director, District Court Section
Office of Immigration Litigation
BRADLEY B. BANIAS
Trial Attorney
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-532-4809/202-305-7000
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ERIC KURTH, *et al.*, | ) | No. 2:11-cv-01638-JCM -PAL |
| | ) | |
| Plaintiffs, | ) | DEFENDANTS' UNOPPOSED MOTION |
| | ) | FOR AN EXTENSION OF TIME TO |
| v. | ) | ANSWER OR OTHERWISE RESPOND |
| | ) | (FIRST REQUEST) |
| LEANDER HOLSTON, Field | ) | |
| Director, Las Vegas, U.S. | ) | |
| Citizenship and Immigration | ) | |
| Services, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants, by and through their attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, Carlos A. Gonzalez, Assistant United States Attorney, and Bradley Banias, Trial Attorney, United States Department of Justice, respectfully request a thirty (30) day extension of

1  time, up to and including February 20, 2012, in which to file a
2  responsive pleading to Plaintiffs' Complaint.  In support of
3  this request for an extension of time, Defendants rely upon the
4  Memorandum of Points and Authorities attached hereto and
5  incorporated herein.

7  Dated: January 12, 2012         Respectfully submitted,
8                                  DANIEL G. BOGDEN
                                   United States Attorney
9
                                   //S// CARLOS A. GONZALEZ
10                                 CARLOS A. GONZALEZ
                                   Assistant United States Attorney
11
   TONY WEST
12 Assistant Attorney General
   Civil Division
13 ELIZABETH STEVENS
   Assistant Director - District Court Section
14 Office of Immigration Litigation
   BRADLEY B. BANIAS
15 Trial Attorney - District Court Section
   Office of Immigration Litigation

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   BACKGROUND**

Plaintiffs filed their Complaint with the Court on October 11, 2011. The U.S. Attorney's Office was served on November 21, 2011, and as such, Defendants' response is due on January 20, 2012. Given the scope of Plaintiffs' factual and legal allegations, Defendants seek additional time to fully review and analyze Plaintiffs' allegations and to coordinate a complete response to each allegation. Defendants, therefore, request that this honorable Court grant a thirty (30) day extension of time, up to and including February 20, 2012, in which to file a responsive pleading to Plaintiffs' Complaint.

On January 11, 2011, undersigned counsel Bradley Banias conferred with Mr. Michael Kimbrell, Plaintiffs' counsel, and he does not oppose this request for an extension of time.

**II.   ARGUMENT**

The Federal Rules of Civil Procedure provide for an enlargement of time for cause shown.

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . .

Fed. R. Civ. P., Rule 6(b)(1)(A).

1.   Because Defendants need additional time to analyze Plaintiffs' allegations and coordinate a response amongst the different agency Defendants, Defendants request that this honorable Court grant a thirty (30) day extension of time, up

3

1. to and including February 20, 2012, in which to file a responsive pleading to Plaintiffs' Complaint.

2. This request is made prior to the expiration of the time to respond to Plaintiffs' Complaint.

3. On January 11, 2012, undersigned counsel Bradley Banias spoke with Mr. Michael Kimbrell, Plaintiffs' counsel, and he does not oppose this request for an extension of time.

**III. CONCLUSION**

Therefore, Defendants respectfully request that this honorable Court grant a thirty (30) day extension of time, up to and including February 20, 2012, in which to file a response to Plaintiffs' Complaint.

Dated: January 12, 2012      Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

//S// CARLOS A. GONZALEZ
CARLOS A. GONZALEZ
Assistant United States Attorney

TONY WEST
Assistant Attorney General
Civil Division
ELIZABETH STEVENS
Assistant Director - District Court Section
Office of Immigration Litigation
BRADLEY B. BANIAS
Trial Attorney - District Court Section
Office of Immigration Litigation

Dated: January 13, 2012       IT IS SO ORDERED.

_____
UNITED STATES RNÖØUUPNUÖÁJUDGE

4