1 | DANIEL G. BOGDEN
United States Attorney
2 | Nevada Bar No. 2137
District of Nevada
3 | Carlos A. Gonzalez
Assistant United States Attorney
4 | 333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada    89101
5 | Ph: (702) 388-6336
Fax: (702) 388-6787
6 | Attorneys for the United States.

7

8 |                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA
9

10 | Eric Kurth and Girlie Kurth,   )   Case No. 2:11-cv-1638-JCM-PAL
                                    )
11 |            Plaintiffs,         )
         v.                        )
12 |                                )
Lenader B. Holston, Field          )
13 | Office Director Las Vegas       )
Field Office, U.S.                 )
14 | Citzenship & Immigration        )
Services(USCIS), Department        )
15 | of Homeland Security(DHS),      )
John Morton, Director              )
16 | Immigration and Customs         )
Enforcement, Department of         )
17 | Homeland Security,              )
                                    )
18 |            Defendants.         )

19 |      **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

20 |     THE UNITED STATES ATTORNEY for the District of Nevada

21 | hereby moves, pursuant to LR-IA-10-3, for the admission of

22 | Bradley B. Banias to the Bar of this Court for the purpose of

23 | representing the defendants in the above-captioned litigation.

24 | ...

25 | ...

26 | ...

1    Bradley B. Banias is a member in good standing of the

2 State Bar of South Carolina (Bar # 76653). He is an attorney

3 employed by the United States Department of Justice, Civil

4 Division, and his office is located in Washington, D.C..

5    Mr. Banias can be served/contacted at the following

6 address:

7    Bradley B. Banias, Trial Attorney
     U.S. Department of Justice Civil Division
8    Office of Immigration Litigation District Court Section
     P.O. Box 868, Ben Franklin Station
9    Washington, D.C.   20044
     Phone:202-532-4809/Fax:202-305-7000
10   Bradley.B.Banias@usdoj.gov

11   It is respectfully requested that an order be issued

12 permitting Mr. Banias to practice before this court in this

13 action.

14 DATED: January 6, 2012          Respectfully submitted,

15                                 DANIEL G. BOGDEN
                                   United States Attorney
16

17                                 //S// CARLOS A. GONZALEZ
                                   CARLOS A. GONZALEZ
18                                 Assistant United States Attorney

19

20

21
                                   IT IS SO ORDERED:
22

23
   DATED February 3, 2012.
24                                 _____
                                   UNITED STATES DISTRICT JUDGE
25

26

                                   2