```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  Nevada Bar No. 2137
    District of Nevada
 3  Carlos A. Gonzalez
    Assistant United States Attorney
 4  333 Las Vegas Blvd. So., #5000
    Las Vegas, Nevada   89101
 5  Ph: (702) 388-6336
    Fax: (702) 388-6787
 6  Attorneys for the United States.

 7

 8                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
 9

10  Eric Kurth and Girlie Kurth,  )  Case No. 2:11-cv-1638-JCM-PAL
                                  )
11        Plaintiffs,             )
         v.                       )
12                                )
    Lenader B. Holston, Field     )
13  Office Director Las Vegas     )
    Field Office, U.S.            )
14  Citzenship & Immigration      )
    Services(USCIS), Department   )
15  of Homeland Security(DHS),    )
    John Morton, Director         )
16  Immigration and Customs       )
    Enforcement, Department of    )
17  Homeland Security,            )
                                  )
18        Defendants.             )
```

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Bradley B. Banias to the Bar of this Court for the purpose of representing the defendants in the above-captioned litigation.

...

...

...

Bradley B. Banias is a member in good standing of the State Bar of South Carolina (Bar # 76653). He is an attorney employed by the United States Department of Justice, Civil Division, and his office is located in Washington, D.C..

Mr. Banias can be served/contacted at the following address:

```
Bradley B. Banias, Trial Attorney
U.S. Department of Justice Civil Division
Office of Immigration Litigation District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C.   20044
Phone:202-532-4809/Fax:202-305-7000
Bradley.B.Banias@usdoj.gov
```

It is respectfully requested that an order be issued permitting Mr. Banias to practice before this court in this action.

DATED: January 6, 2012        Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


//S// CARLOS A. GONZALEZ
CARLOS A. GONZALEZ
Assistant United States Attorney




IT IS SO ORDERED:


DATED February 3, 2012.

_____
UNITED STATES DISTRICT JUDGE

2