UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC KURTH & GIRLIE KURTH,<br><br>    Plaintiffs,<br><br>v.<br><br>LENADER B. HOLSTON, et al.,<br><br>    Defendants. | 2:11-CV-1638 JCM (PAL) |

**ORDER**

Presently before the court is plaintiffs Eric and Girlie Kurth's unopposed motion to extend time. (Doc. #12). Plaintiffs' motion states that they have contacted defense counsel, and the parties have agreed to allow an additional 30 days to respond to defendants' motion to dismiss. (Doc. #12).

Good cause appearing, and there being no opposition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs Eric and Girlie Kurth's unopposed motion to extend time (doc. #12) be, and the same hereby is, GRANTED. Plaintiffs shall have up to and including April 5, 2012, to file a response to the motion to dismiss.

DATED March 19, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**